UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH IMAD MAADARANI,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | No. 2:24-cv-01325 DAD DB (PS)<br><br><br><br>ORDER |

Plaintiff Sarah Imad Maadarani proceeds without counsel in this action. This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. Local Rule 302(c)(21). On June 14, 2024, defendants filed a motion to dismiss which was noticed for a hearing to take place on August 16, 2024. (ECF No. 5.) Plaintiff did not timely oppose the motion to dismiss. On July 1, 2024, defendants filed a reply noting plaintiff's failure to oppose the motion to dismiss. (ECF No. 6.)

Pursuant to Local Rule 230(c), plaintiff was to file an opposition or a statement of non-opposition to defendants' motion not less "than fourteen (14) days after the motion was filed." The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Even though plaintiff proceeds without counsel, plaintiff is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.

1

1  Local Rule 183(a). Plaintiff is cautioned that failure to comply with applicable rules and law may
2  be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

3  Instead of recommending dismissal at this time, the court will provide plaintiff with an
4  opportunity to show good cause for the failure to oppose the motion to dismiss along with a final
5  opportunity to oppose the motion. Any further failure to respond will be construed as plaintiff's
6  non-opposition to the motion which will constitute grounds for dismissal under Rule 41(b).

7  Local Rule 230(c) states "[n]o party will be entitled to be heard in opposition to a motion
8  at oral arguments if opposition to the motion has not been timely filed by that party...."
9  Accordingly, the hearing noticed to take place on August 16, 2024, is vacated. After the
10 conclusion of any further briefing, the motion to dismiss will be submitted for decision pursuant
11 to Local Rule 230(g). If the court subsequently determines that supplemental briefing or oral
12 argument is necessary, the parties will be notified accordingly.

13 For the reasons set forth above, IT IS HEREBY ORDERED as follows:

14 1.  Plaintiff shall show cause in writing within 14 days of the date of this order as to
15     why this case should not be dismissed for lack of prosecution.
16 2.  The hearing noticed to take place on August 16, 2024, is VACATED.
17 3.  Plaintiff shall file a written opposition (or a statement of non-opposition) to the
18     pending motion to dismiss within 21 days after service of this order. Failure to do
19     so will be deemed a statement of non-opposition.
20 4.  Defendant may file a written reply to any opposition filed by plaintiff within 10
21     days of plaintiff's filing. The court will take this matter under submission upon
22     conclusion of this briefing schedule.

23 Dated: July 2, 2024

26 DLB7: maad24cv1325.nooppo

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2