1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SARAH IMAD MAADARANI,                        No.  2:24-cv-01325-DC-SCR (PS)

12                    Plaintiff,

13            v.                                    ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS
14    KRISTI NOEM, et al.,
                                                   (Doc. Nos. 23, 26)
15                    Defendants.

16

17          Plaintiff is proceeding *pro se* in this matter, which was referred to a Magistrate Judge

18    pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19          On September 24, 2025, the assigned magistrate judge filed findings and

20    recommendations herein which were served on all parties and which contained notice to all

21    parties that any objections to the findings and recommendations were to be filed within fourteen

22    (14) days. (Doc. No. 26.) To date, neither party has filed objections to the findings and

23    recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed September 24, 2025, are ADOPTED in full;

28          2.  Defendants' Motion to Dismiss (Doc. No. 23) is GRANTED and this action is

                                                   1

1      DISMISSED as moot; and

2      3.  The Clerk of the Court is directed to close this case.

3

4

5      IT IS SO ORDERED.

6   Dated:   __October 24, 2025__                    _____
                                                      Dena Coggins
7                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2